UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

FILED
FEB 04 2010
CLERK

| UNITED STATES OF AMERICA, | ) | CR. 09-50018-RHB |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | CONTINUANCE |
| BILLY J. SEXTON, JR., | ) | |
| Defendant. | ) | |

Defendant has filed a motion for continuance. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial. Based on the foregoing, it is therefore

ORDERED that defendant's motion is granted. The following deadlines shall apply:

| Applications for *writs of habeas corpus ad testificandum* | February 23, 2010 |
| --- | --- |
| Other motions | March 2, 2010 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | March 2, 2010 |
| Plea agreement or petition to plead and statement of factual basis | March 2, 2010 |
| **Notify court of status of case** | **March 2, 2010** |
| Motions in limine | March 9, 2010 |
| Proposed jury instructions due | March 9, 2010 |
| Proposed voir dire | March 9, 2010 |

| Exhibit/witness lists | Thursday noon prior to trial date |
|---|---|
| Jury trial | Tuesday, March 16, 2010, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the Court's standing order remain in effect unless specifically changed herein.

Dated February 3, 2010.

BY THE COURT:

RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE